UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Aug 16 2024
ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MYRICK et al**                                                                        **PLAINTIFFS**

**v.**                                                     **CIVIL ACTION NO. 2:23-cv-0083-KS-MTP**

**LEAF RIVER ENERGY CENTER, LLC**                           **DEFENDANTS**

## ORDER OF DISMISSAL

This cause comes before the Court *sua sponte,* following a settlement conference held on August 15, 2024, announcing that the parties have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket:

IT IS HEREBY ORDERED that all claims pending in this matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this matter having been concluded, all motions pending in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED this 16th day of August 2024.

                                                  /s/Keith Starrett
                                                  KEITH STARRETT
                                                  SENIOR UNITED STATES DISTRICT JUDGE